■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MANIGAULT, Appellant.—

In our opinion, there was sufficient corroboration of the testimony of the accomplice, and defendant's guilt was established beyond a reasonable doubt. The court's charge as to the necessity of proof that defendant acted in concert with others indicted with him, was correct on the whole; and the portion now complained of by defendant, to which no exception was taken, was not so prejudicial to defendant's rights as to require a new trial in the interests of justice. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHINO MELENDEZ, Appellant.—

It was serious prejudicial error for the trial court to admit evidence indicating that the defendant, five days *after* the commission of the offense for which he was being tried, was guilty of another crime: the illegal possession of a firearm. Such subsequent illegal possession, being unrelated to the crime charged, was of no probative force in proving the crime. Hence, it should have been excluded. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.